# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

JIMMIE JAMES NORMAN, JR.

    Plaintiff(s),

v.

CASE NUMBER:   4:08CV01695 AGF

MARTEN TRANSPORT, LTD.
RICHARD HAIGHT
    Defendant(s).

☒     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that on Plaintiff Jimmie James Norman's claim of negligence judgment is entered in favor Defendants Marten Transport, Ltd and Richard Haight.

James G. Woodward
CLERK

August 11, 2011
DATE

By: _Michele Crayton_
Michele Crayton
DEPUTY CLERK